# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| <u>UNITED STATES</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-MJ-30 |
| <u>JUWON J. MADLOCK</u> | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>JUWON J. MADLOCK</u>

Date:     <u>03/18/2025</u>

<u>                    Attorney's signature</u>

<u>MICHAEL J. STEINLE, 1018859</u>
*Printed name and bar number*
309 NORTH WATER STREET, SUITE 215
MILWAUKEE, WISCONSIN 53202

<u>                    </u>
*Address*

<u>MJS@TSHGLAW.COM</u>
*E-mail address*

<u>(414) 258-6200</u>
*Telephone number*

<u>                    </u>
*FAX number*